# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re Denise J Bennett,  ) | |
| ) | Case No. |
| Debtor  ) | |
| ) | Chapter 7 |
| ) | |
| ) | |

---

## STATEMENT OF WITNESS TO SIGNING OF DOCUMENT
---

The undersigned states under penalty of perjury that the undersigned witnessed the signing of the following documents(s) by the person(s) indicated thereon.

☒ Voluntary Petition

☒ Declaration Concerning Debtor's Schedules

☒ Statement of Affairs

☒ Statement of Intention

Dated July 21, 2005.

                                        Signature:   /s/ Diana Van Guilder
                                        Address:    20611 S. Malloy Prairie
                                                          Cheney, WA 99004

ben15062